IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNY FRANKLIN EDMONSON                                                                                    PLAINTIFF

vs.                                                             CIVIL ACTION NO. 3:13-CV-1069 HTW-LRA

BILLY SOLLIE, ET AL.                                                                                           DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 42] is hereby adopted as the order of this court and the court hereby revokes the plaintiff's *in forma pauperis* status.[docket no. 2] and denies the plaintiff's motions for default judgment [docket nos. 29 and 39]. The plaintiff is directed to pay the $400.00 filing fee within 30 days of this order, or his case will be dismissed.

SO ORDERED AND ADJUDGED, this the 20th day of February, 2015.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE